# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**VINTON FROST,**

    Plaintiff,

  vs.

**BARACK OBAMA,**

    Defendant.

CASE NO. 20-cv-00605-YGR

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On June 5, 2020, the Court issued an order dismissing plaintiff's complaint with leave to amend and ordering plaintiff to file any amended complaint no later than July 10, 2020. No such amended complaint has been filed. Accordingly, the case is hereby **DISMISSED WITHOUT PREJUDICE**.[1]

**IT IS SO ORDERED.**

Dated: July 16, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The case management statement currently set for Monday, July 20, 2020 is **VACATED**.