# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINTON FROST,**<br>        Plaintiff,<br><br>        vs.<br><br>**BARACK OBAMA,**<br>        Defendant. | CASE NO. 20-cv-00605-YGR<br><br>**ORDER SETTING DEADLINE FOR FILING OF AMENDED COMPLAINT TO REOPEN CASE** |

The Court has received plaintiff Vinton Frost's "Notice of Mail Fraud and Motion for Stay of Final Judgment" (Dkt. No. 20), which the Court interprets as a request to reopen the case. Therein, plaintiff claims that he did not receive the Court's June 5, 2020 order, in which the Court dismissed the case and set a deadline for plaintiff to file an amended complaint, and that he was delayed in receiving the Court's July 16, 2020 order dismissing the case without prejudice.

The Court does not accept plaintiff's assertion that there has been "mail fraud" per se. However, given plaintiff's claim that he did not have a fair opportunity to amend the complaint, and the complications which have arisen during the COVID-19 pandemic, the Court hereby **ORDERS**:

(1) The Clerk of the Court shall send plaintiff a copy of the Court's June 5, 2020 order.

(2) If plaintiff wishes to pursue this action, plaintiff must file an amended complaint no later than **September 30, 2020**.

(3) If plaintiff files the amended complaint on or before September 30, 2020, then the case will be reopened. If not, the case will remain dismissed.

**IT IS SO ORDERED.**

Dated: August 31, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**