UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINTON FROST,**<br><br>    Plaintiff,<br><br>vs.<br><br>**BARACK OBAMA,**<br><br>    Defendant. | CASE NO. 4:20-cv-00605-YGR<br><br>**ORDER DENYING PRELIMINARY INJUNCTION** |

Before the Court is plaintiff's motion for a preliminary injunction.[1] (Dkt. No. 25.) As explained in this Court's June 30, 2023 order denying leave to amend, plaintiff has not pled a valid claim and has shown no likelihood of being able to do so. This case is closed. Further, this Court cannot grant a preliminary injunction where plaintiff has not pled a valid claim. *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131–33 (9th Cir. 2011). Accordingly, the motion is **DENIED.**

The clerk shall not accept any further filings in this action.

This order terminates docket number 25.

**IT IS SO ORDERED.**

Dated: July 14, 2023

                                              YVONNE GONZALEZ ROGERS
                                     UNITED STATES DISTRICT COURT JUDGE

---

[1] The Court has reviewed the instant motion and has determined it appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).